**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **ARLINGTON TECHNOLOGIES LLC,** | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 7:26-cv-130** |
| **v.** | § | |
| **FIVE9, INC.,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |

## PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Arlington Technologies LLC ("ATL" or "Plaintiff") files this Complaint against Defendant Five9, Inc. ("Defendant" or "Five9") for infringement of U.S. Patent No. 8,041,344 (the "'344 Patent"), U.S. Patent No. 8,953,773 (the "'773 Patent"), and U.S. Patent No. 9,679,567 (the "'567 Patent") (collectively, the "Asserted Patents").

## THE PARTIES

1. Arlington Technologies LLC is a Texas limited liability company, with a principal place of business in Allen, TX.

2. Defendant Five9, Inc. is a corporation organized and existing under the laws of the State of Delaware, and having its principal place of business at 7901 Stoneridge Drive, Suite 200, Pleasanton, California 94588.

3. Defendant is an American software company that specializes in cloud-based contact center software, customer experience solutions, and artificial intelligence (AI). On information and belief, Defendant sells its products and services to customers, including customers in this District.

4. On information and belief, Defendant operates and owns the five9.com website, through which it markets, offers, distributes, and provides technical support for its products and services, throughout the United States, including in this District.

5. On information and belief, Defendant develops, designs, distributes, markets, offers to sell, sells, and/or provides products and services comprising Five9's contact center platform, including functionalities such as Five9 Automated Messaging, Five9 Interaction Analytics, and Five9 Engagement Workflow, within the United States, including in this District, and otherwise purposefully directs activities to this District in connection with its Texas office, its website, and its other business activities in Texas and throughout the United States. Defendant participates in the design, development, distribution, marketing, offering for sale, sale, provision, implementation, and/or support of products and services that infringe the Asserted Patents.

6. On information and belief, Defendant is engaged in making, using, selling, offering for sale, and/or importing, and/or inducing its subsidiaries, affiliates, retail partners, and customers in the making, using, selling, offering for sale, and/or importing throughout the United States, including within this District, the products and services comprising Five9's contact center platform, including functionalities such as Five9 Automated Messaging, Five9 Interaction Analytics, and Five9 Engagement Workflow.

7. Prior to the filing of the Complaint, Plaintiff attempted to engage Defendant and/or its agents in good faith licensing discussions related to the Asserted Patents, including by sending them correspondence on July 25, 2025, notifying Defendant of the need to license the Asserted Patents. Defendant's past and continuing sales of its products and services (i) willfully infringe the Asserted Patents and (ii) impermissibly take the significant benefits of Plaintiff's patented technologies without fair compensation to Plaintiff.

8. Through offers to sell, sales, imports, distributions, and other related agreements to transfer ownership of Defendant's products and/or services accused of infringement, with distributors and customers operating in and maintaining a significant business presence in the U.S. and/or its U.S. subsidiaries, Five9 does business in the U.S., the state of Texas, and in this District.

**JURISDICTION AND VENUE**

9. This action arises under the patent laws of the United States, namely 35 U.S.C. §§ 271, 281, and 284-285, among others.

10. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

11. This Court has specific and general personal jurisdiction over Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute because, inter alia, (i) Defendant has engaged in continuous, systematic, and substantial business in Texas; and (ii) Defendant has committed and continues to commit, acts of patent infringement in this State and in this District. Such acts of infringement include the making, using, testing, offering for sale, and selling of Accused Products (as more particularly identified and described throughout this Complaint, below) that leverage and infringe the inventions of the Asserted Patents in this State and this District and/or inducing others to commit acts of patent infringement in this State and District.

12. On information and belief, Defendant has purposefully and voluntarily placed, and is continuing to place, one or more Accused Products into the stream of commerce through established distribution channels (including the Internet) with the knowledge and intent that the Accused Products are and/or will be used, sold to, and purchased by consumers in the United States, this State, and this District; and with the knowledge and expectation that the Accused

Products (whether in standalone form or as integrated in downstream products) will be imported into the United States, this State, and this District.

13. Defendant maintains a "regular and established" place of business in this District. For example, Defendant maintains a corporate office in this District, located at 5215 N. O'Connor Blvd., Suite 1050, Irving, Texas 75039.

14. In addition, on information and belief, Defendant has derived substantial revenues from its infringing acts occurring within this State and this District. It has substantial business in this State and this District, including: (i) at least part of its infringing activities alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent conduct, and/or deriving substantial revenue from infringing goods offered for sale, sold, and imported, and services provided to Texas residents. Defendant derives benefits from its presence in this District.

15. In addition, Defendant has knowingly induced, and continues to knowingly induce, infringements within this State and this District by advertising, marketing, offering for sale and/or selling Accused Products (as more particularly identified and described throughout this Complaint) that incorporate the fundamental technologies covered by the Asserted Patents. Such advertising, marketing, offering for sale and/or selling of Accused Products is directed to consumers, customers, integrators, suppliers, distributors, resellers, partners, and/or end users, and this includes providing instructions, user manuals, advertising, and/or marketing materials that facilitate, direct, and encourage use of infringing functionality with Defendant's knowledge thereof.

16. Defendant has, thus, in the many ways described above, availed itself of the benefits and privileges of conducting business in this State and willingly subjected itself to the exercise of this Court's personal jurisdiction over it. Indeed, Defendant has sufficient minimum contacts with

this forum through its transaction of substantial business in this State and this District and its commission of acts of patent infringement as alleged in this Complaint that are purposefully directed towards this State and District.

17. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b) because, among other things, (i) Defendant is subject to personal jurisdiction in this District; (ii) Defendant has committed acts of patent infringement in this District; and (iii) Defendant has regular and established places of business in this District. On information and belief, Defendant maintains "regular and established" places of business in this District, including a corporate office in this District, located at 5215 N. O'Connor Blvd., Suite 1050, Irving, Texas 75039.

## DEFENDANT'S PRE-SUIT KNOWLEDGE OF ITS INFRINGEMENTS

18. Prior to the filing of the Complaint, Plaintiff attempted to engage Defendant and/or its agents in good faith licensing discussions related to the Asserted Patents, including by sending written correspondence on July 25, 2025 to Defendant, providing notice of the Asserted Patents and Defendant's need to obtain a license to practice the claimed inventions. Claim charts for each of the Asserted Patents identifying exemplary infringed claims and exemplary infringing products and services were made available for download in a private data room.

19. The Accused Patents addressed in the Counts below include, but are not limited to, the patents identified in ATL's correspondence to Defendant. Defendant's past and continuing sales of the Accused Products (i) willfully infringe the Asserted Patents and (ii) impermissibly usurp the significant benefits of ATL's patented technologies without fair compensation.

## THE ASSERTED PATENTS AND TECHNOLOGY

20. ATL is the sole and exclusive owner of all right, title, and interest in the Asserted Patents and holds the exclusive right to take all actions necessary to enforce its rights in, and to,

the Asserted Patents, including the filing of this patent infringement lawsuit. Indeed, ATL also has the right to recover all damages for past, present, and future infringements of the Asserted Patents and to seek injunctive relief as appropriate under the law.

21. The ’344 Patent is entitled “Cooling off period prior to sending dependent on user’s state.” The ’344 Patent lawfully issued on October 18, 2011, and stems from U.S. Application No. 11/768,567, which was filed on June 26, 2007. A copy of the ’344 Patent is attached hereto as Ex. A.

22. The ’773 Patent is entitled “Incorporating interactive voice response functions into a work assignment engine script.” The ’773 Patent lawfully issued on February 10, 2015, and stems from U.S. Application No. 13/622,550, which was filed on September 19, 2012. A copy of the ’773 Patent is attached hereto as Ex. B.

23. The ’567 Patent is entitled “Word cloud audio navigation.” The ’567 Patent lawfully issued on June 13, 2017, and stems from U.S. Application No. 14/610,798, which was filed on January 30, 2015. A copy of the ’567 Patent is attached hereto as Ex. C.

24. The claims of the Asserted Patents are directed to patent-eligible subject matter under 35 U.S.C. § 101. They are not directed to an abstract idea, and the technologies covered by the claims comprise systems and/or ordered combinations of features and functions that, at the time of invention, were not, alone or in combination, well-understood, routine, or conventional.

25. To the extent necessary, ATL has complied with the requirements of 35 U.S.C. § 287, such that ATL may recover pre-suit damages.

**<u>COUNT I</u>**

**(Infringement of U.S. Patent No. 8,041,344)**

26. Plaintiff incorporates the preceding paragraphs herein by reference.

27. This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

28. Plaintiff is the assignee of the ’344 Patent, with ownership of all substantial rights in the ’344 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

29. The ’344 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code after a full and fair examination.

30. Defendant has and continues to directly and/or indirectly infringe (by inducing infringement and/or contributing to infringement) one or more claims of the ’344 Patent in this judicial district and elsewhere in Texas and the United States.

31. Defendant designs, offers for sale, uses, and sells services and products, such as Five9’s contact center platform, including its Automated Messaging functionality (“the ’344 Accused Products”), that infringe the ’344 Patent.

32. Defendant directly infringes the ’344 Patent under 35 U.S.C. § 271(a) by using, making, offering for sale, selling, and/or importing the ’344 Accused Products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the ’344 Patent.

33. For example, Defendant infringes claim 1 of the ’344 Patent via the ’344 Accused Products. Defendant, via the ’344 Accused Products, performs a “method for managing messages in a communications environment.” For example, the ’344 Accused Products contain features that manage messaging communications.

# Automated Messaging

Enabled for Partners

Available to Customers

Portal App | API

The Automated Messaging Service provides the ability to create and schedule Outbound Broadcast Jobs either as a one-time operation or scheduled process. The Automated Messaging Service is designed to augment and extend the capabilities of SMS or Social Messaging providers a Customer is using through Five9. Supported providers include Five9 Product SMS, MMS, Twilio, and WhatsApp. The Automated Messaging Service leverages the phone numbers that have been provisioned for these channels. As such the relevant channels need to be provisioned and installed prior to the Automated Messaging Service.

A Broadcast Job is the mechanism used to define the operations that are executed within the Automated Messaging Service. A Broadcast Job contains the list of recipients, message template, and schedule. Once defined a Broadcast Job can be run immediately or scheduled for future execution. Customers can configure Broadcast Jobs either through a web user interface or REST API. Both accept a CSV file that contains the list of recipients, message template(s), and schedule for delivery.

Source: https://docs.ps.five9.com/asset/automated-messaging (emphasis added).

34. The ’344 Accused Products intercept “the sending of a message sent by a sender” and determine “if a delay mode or an impaired condition mode is active.” For example, Five9 intercepts the sending of a message sent by a sender. In one non-limiting example, when a user submits an outbound message through Five9’s Automated Messaging Service, Five9 receives and processes the message sent by the sender before delivery to the intended recipient(s). Five9’s Automated Messaging Service processes the submitted message as part of a Broadcast Job and determines whether the Broadcast Job will run immediately or be scheduled for future execution, thereby intercepting the sending of the message.

# Automated Messaging

Enabled for Partners

Available to Customers

Portal App | API

The Automated Messaging Service provides the ability to create and schedule Outbound Broadcast Jobs either as a one-time operation or scheduled process. The Automated Messaging Service is designed to augment and extend the capabilities of SMS or Social Messaging providers a Customer is using through Five9. Supported providers include Five9 Product SMS, MMS, Twilio, and WhatsApp. The Automated Messaging Service leverages the phone numbers that have been provisioned for these channels. As such the relevant channels need to be provisioned and installed prior to the Automated Messaging Service.

A Broadcast Job is the mechanism used to define the operations that are executed within the Automated Messaging Service. A Broadcast Job contains the list of recipients, message template, and schedule. Once defined a Broadcast Job can be run immediately or scheduled for future execution. Customers can configure Broadcast Jobs either through a web user interface or REST API. Both accept a CSV file that contains the list of recipients, message template(s), and schedule for delivery.

Source: https://docs.ps.five9.com/asset/automated-messaging (emphasis added).

Provider Feature Comparison

Here is a comparison of each provider with some common feature differences:

| Provider | Status Updates | Per-Recipient Scheduling | Message Templating | Consent |
|---|---|---|---|---|
| Five9 | ✗ | ✓ | vars.*, Five9 | Five9 Domain |
| MMS | ✗ | ✓ | vars.* | PAM |
| Twilio | ✓ | ✓ | vars.* | PAM |
| WhatsApp | ✓ | ✗ | WhatsApp | WhatsApp |

Source: https://docs.ps.five9.com/page/pam--implementation-guide (emphasis added).

35. The ’344 Accused Products, when the delay mode or the impaired condition mode is not active, forward “the message to one or more recipients.” For example, Five9 determines if a delay mode is active. In one non-limiting example, Five9’s Automated Messaging determines whether a message is to be sent immediately or scheduled for future execution. When the message is scheduled for future execution rather than immediate delivery, the delay mode is active. Five9’s Automated Messaging determines whether the delay mode is active by determining whether the message is scheduled for future execution or is to be sent immediately.

# Automated Messaging

Enabled for Partners

Available to Customers

Portal App | API

The Automated Messaging Service provides the ability to create and schedule Outbound Broadcast Jobs either as a one-time operation or scheduled process. The Automated Messaging Service is designed to augment and extend the capabilities of SMS or Social Messaging providers a Customer is using through Five9. Supported providers include Five9 Product SMS, MMS, Twilio, and WhatsApp. The Automated Messaging Service leverages the phone numbers that have been provisioned for these channels. As such the relevant channels need to be provisioned and installed prior to the Automated Messaging Service.

A Broadcast Job is the mechanism used to define the operations that are executed within the Automated Messaging Service. A Broadcast Job contains the list of recipients, message template, and schedule. Once defined a Broadcast Job can be run immediately or scheduled for future execution. Customers can configure Broadcast Jobs either through a web user interface or REST API. Both accept a CSV file that contains the list of recipients, message template(s), and schedule for delivery.

Source: https://docs.ps.five9.com/asset/automated-messaging (emphasis added).

## Schedule A Broadcast

On the Broadcast list page, click the "Schedule Broadcast" icon ( ) to get to the Broadcast schedule page.

**Schedule My Broadcast**

Choose the date and time to start the broadcast. If no date time is chosen it will be scheduled to run immediately.

Scheduled Date & Time

SCHEDULE Cancel

If you wish to run the Broadcast immediately simply click "Schedule" without specifying a Date and Time.

Click the "Schedule Date & Time" field to open a date picker to select when you wish the Broadcast to run.

The time chosen is displayed in the time zone of your computer's settings. The time zone is clarified by displaying the time zone offset, for example GMT-5 would suggest you are in the Central Daylight Time (CDT) time zone.

The status of the Broadcast job can be seen on the Broadcast list page.

Source: https://docs.ps.five9.com/page/pam--customer-guide (emphasis added).

FIVE9 Fields

When using a Five9 provider, you have the option to use several "attr" In your list. This section will explain these fields and how they affect the behavior of the sent message.

The "attr" fields described below must exactly match (case sensitive) when included as headers in your recipient CSV file. Each of these fields is its own header. The ".*" means that you are free to choose the name of the variable, and replace the "*" with that variable name

The Five9 provider supports the following "attr" fields:

- **attr.campaignName**: Can be used to assign the Five9 Campaign Name to use when sending an SMS to the recipient. The Five9 Campaign Name determines the outbound phone number used when sending the message. If this field is empty the campaign name specified on the Broadcast will be used.
- **attr.attributes.Custom.***: These are called Task Attributes. These serve a dual purpose of being able to be with Engagement Workflow and with Five9's Message Templating, see their related sections for details. You can define any number of fields that start with "attr.attributes.Custom." as long as they have different names. For example, you could have a field of "attr.attributes.Custom.firstName" and "attr.attributes.Custom.lastName".
- **attr.recipients.attributes.Custom.***: These are called Recipient Attributes and work similarly to Task Attributes.
- **attr.dispositionName**: Can be used to specify the disposition name used after sending the message. If this field is empty the default disposition will be used.
- **attr.scheduledTime**: Can be used to define the approximate time that Five9 Product SMS will attempt to send the message. Provide as an ISO 8601 date time UTC (e.g. 2023-03-27T01:00:00Z is 1 am UTC). If this field is empty the message will be sent immediately.

Source: https://docs.ps.five9.com/page/pam--customer-guide (emphasis added).

36. The '344 Accused Products, when the delay mode or the impaired condition mode is not active, forward "the message to one or more recipients." For example, Five9 forwards the message to one or more recipients when the delay mode is not active. In one non-limiting example, when Five9's Automated Messaging determines that a message is to be sent immediately rather than scheduled for future execution, the delay mode is not active, and Five9's Automated Messaging forwards the intercepted message to one or more recipients.

# Automated Messaging

Enabled for Partners

Available to Customers

Portal App | API

The Automated Messaging Service provides the ability to create and schedule Outbound Broadcast Jobs either as a one-time operation or scheduled process. The Automated Messaging Service is designed to augment and extend the capabilities of SMS or Social Messaging providers a Customer is using through Five9. Supported providers include Five9 Product SMS, MMS, Twilio, and WhatsApp. The Automated Messaging Service leverages the phone numbers that have been provisioned for these channels. As such the relevant channels need to be provisioned and installed prior to the Automated Messaging Service.

A Broadcast Job is the mechanism used to define the operations that are executed within the Automated Messaging Service. A Broadcast Job contains the list of recipients, message template, and schedule. Once defined a Broadcast Job can be run immediately or scheduled for future execution. Customers can configure Broadcast Jobs either through a web user interface or REST API. Both accept a CSV file that contains the list of recipients, message template(s), and schedule for delivery.

Source: https://docs.ps.five9.com/asset/automated-messaging (emphasis added).

## Schedule A Broadcast

On the Broadcast list page, click the "Schedule Broadcast" icon ( ) to get to the Broadcast schedule page.

**Schedule My Broadcast**

Choose the date and time to start the broadcast. If no date time is chosen it will be scheduled to run immediately.

Scheduled Date & Time

SCHEDULE   Cancel

If you wish to run the Broadcast immediately simply click "Schedule" without specifying a Date and Time.

Click the "Schedule Date & Time" field to open a date picker to select when you wish the Broadcast to run.

The time chosen is displayed in the time zone of your computer's settings. The time zone is clarified by displaying the time zone offset, for example GMT-5 would suggest you are in the Central Daylight Time (CDT) time zone.

The status of the Broadcast job can be seen on the Broadcast list page.

Source: https://docs.ps.five9.com/page/pam--customer-guide (emphasis added).

FIVE9 Fields

When using a Five9 provider, you have the option to use several "attr" In your list. This section will explain these fields and how they affect the behavior of the sent message.

The "attr" fields described below must exactly match (case sensitive) when included as headers in your recipient CSV file. Each of these fields is its own header. The ".*" means that you are free to choose the name of the variable, and replace the "*" with that variable name

The Five9 provider supports the following "attr" fields:

- **attr.campaignName**: Can be used to assign the Five9 Campaign Name to use when sending an SMS to the recipient. The Five9 Campaign Name determines the outbound phone number used when sending the message. If this field is empty the campaign name specified on the Broadcast will be used.
- **attr.attributes.Custom.***: These are called Task Attributes. These serve a dual purpose of being able to be with Engagement Workflow and with Five9's Message Templating, see their related sections for details. You can define any number of fields that start with "attr.attributes.Custom." as long as they have different names. For example, you could have a field of "attr.attributes.Custom.firstName" and "attr.attributes.Custom.lastName".
- **attr.recipients.attributes.Custom.***: These are called Recipient Attributes and work similarly to Task Attributes.
- **attr.dispositionName**: Can be used to specify the disposition name used after sending the message. If this field is empty the default disposition will be used.
- **attr.scheduledTime**: Can be used to define the approximate time that Five9 Product SMS will attempt to send the message. Provide as an ISO 8601 date time UTC (e.g. 2023-03-27T01:00:00Z is 1 am UTC). If this field is empty the message will be sent immediately.

Source: https://docs.ps.five9.com/page/pam--customer-guide (emphasis added).

37. The ’344 Accused Products, when the delay mode or the impaired condition mode is active, perform “one or more of sending the message after a delay, returning the message to the sender for approval, managing the message based on a profile and holding the message for management at a later time.” For example, Five9 sends the message after a delay when the delay mode is active. In one non-limiting example, when Five9’s Automated Messaging determines that a message is scheduled for future execution rather than to be sent immediately, the delay mode is active, and Five9’s Automated Messaging sends the message after a delay at the scheduled time.

# Automated Messaging

Enabled for Partners

Available to Customers

Portal App | API

The Automated Messaging Service provides the ability to create and schedule Outbound Broadcast Jobs either as a one-time operation or scheduled process. The Automated Messaging Service is designed to augment and extend the capabilities of SMS or Social Messaging providers a Customer is using through Five9. Supported providers include Five9 Product SMS, MMS, Twilio, and WhatsApp. The Automated Messaging Service leverages the phone numbers that have been provisioned for these channels. As such the relevant channels need to be provisioned and installed prior to the Automated Messaging Service.

A Broadcast Job is the mechanism used to define the operations that are executed within the Automated Messaging Service. A Broadcast Job contains the list of recipients, message template, and schedule. Once defined a Broadcast Job can be run immediately or scheduled for future execution. Customers can configure Broadcast Jobs either through a web user interface or REST API. Both accept a CSV file that contains the list of recipients, message template(s), and schedule for delivery.

Source: https://docs.ps.five9.com/asset/automated-messaging (emphasis added).

## Schedule A Broadcast

On the Broadcast list page, click the "Schedule Broadcast" icon ( ) to get to the Broadcast schedule page.

**Schedule My Broadcast**

Choose the date and time to start the broadcast. If no date time is chosen it will be scheduled to run immediately.

Scheduled Date & Time

SCHEDULE Cancel

If you wish to run the Broadcast immediately simply click "Schedule" without specifying a Date and Time.

Click the "Schedule Date & Time" field to open a date picker to select when you wish the Broadcast to run.

The time chosen is displayed in the time zone of your computer's settings. The time zone is clarified by displaying the time zone offset, for example GMT-5 would suggest you are in the Central Daylight Time (CDT) time zone.

The status of the Broadcast job can be seen on the Broadcast list page.

Source: https://docs.ps.five9.com/page/pam--customer-guide (emphasis added).

FIVE9 Fields

When using a Five9 provider, you have the option to use several "attr" In your list. This section will explain these fields and how they affect the behavior of the sent message.

The "attr" fields described below must exactly match (case sensitive) when included as headers in your recipient CSV file. Each of these fields is its own header. The ".*" means that you are free to choose the name of the variable, and replace the "*" with that variable name

The Five9 provider supports the following "attr" fields:

- **attr.campaignName**: Can be used to assign the Five9 Campaign Name to use when sending an SMS to the recipient. The Five9 Campaign Name determines the outbound phone number used when sending the message. If this field is empty the campaign name specified on the Broadcast will be used.
- **attr.attributes.Custom.***: These are called Task Attributes. These serve a dual purpose of being able to be with Engagement Workflow and with Five9's Message Templating, see their related sections for details. You can define any number of fields that start with "attr.attributes.Custom." as long as they have different names. For example, you could have a field of "attr.attributes.Custom.firstName" and "attr.attributes.Custom.lastName".
- **attr.recipients.attributes.Custom.***: These are called Recipient Attributes and work similarly to Task Attributes.
- **attr.dispositionName**: Can be used to specify the disposition name used after sending the message. If this field is empty the default disposition will be used.
- **attr.scheduledTime**: Can be used to define the approximate time that Five9 Product SMS will attempt to send the message. Provide as an ISO 8601 date time UTC (e.g. 2023-03-27T01:00:00Z is 1 am UTC). If this field is empty the message will be sent immediately.

Source: https://docs.ps.five9.com/page/pam--customer-guide (emphasis added).

38. The technology discussion above and the exemplary '344 Accused Products provide context for Plaintiff's infringement allegations.

39. At a minimum, Defendant has known of the '344 Patent at least as early as the filing date of the Complaint. In addition, Defendant has known about the '344 Patent since at least July 25, 2025, when Defendant received Plaintiff's correspondence via FedEx alerting Defendant to its infringement. Moreover, Defendant has known of the '344 Patent and Plaintiff's theories of infringement prior to this Complaint being filed, as described in the foregoing. *Supra* ¶¶ 18-19.

40. On information and belief, since at least the above-mentioned date when Defendant was on notice of its infringement, Defendant has actively induced, under 35 U.S.C. § 271(b), its distributors, customers, subsidiaries, importers, and/or consumers that import, purchase, or sell the '344 Accused Products that include or are made using all of the limitations of one or more claims

of the ’344 Patent to directly infringe one or more claims of the ’344 Patent (e.g., claim 1, as discussed above) by using, offering for sale, selling, and/or importing the ’344 Accused Products. Since at least the notice provided on the above-mentioned date, Defendant does so with knowledge, or with willful blindness of the fact, that the induced acts constitute infringement of the ’344 Patent. Defendant intends to cause, and has taken affirmative steps to induce infringement by its distributors, importers, customers, subsidiaries, and/or consumers by at least, inter alia, creating advertisements that promote the infringing use of the ’344 Accused Products, creating and/or maintaining established distribution channels for the ’344 Accused Products into and within the United States, manufacturing the ’344 Accused Products in conformity with U.S. laws and regulations, distributing or making available instructions or manuals for these products to purchasers and prospective buyers, and testing the ’344 Accused Products, and/or providing technical support or services for these products to these purchasers in the United States. *See, e.g.*, https://partners.five9.com/s/login/ (Five9’s “Training”); https://grid-fivn.enterprise.slack.com/ (Five9’s “Support”); https://docs.ps.five9.com/d/s/ps-automated-messaging-service-example-csvs (Five9’s “Downloads”); https://www.five9.com/contact-center-services/training (Five9’s “University Training Programs”); https://community.five9.com/s/ (Five9’s “Online Support”); https://docs.ps.five9.com/page/pam--customer-guide (Five9’s “PS Automated Messaging Service - Customer Guide”); https://docs.ps.five9.com/page/pam--implementation-guide ( Five9’s “PS Automated Messaging Service - Implementation Guide”). For example, Defendant configures, designs, offers to sell, and sells the ’344 Accused Products and such ’344 Accused Products contain specific instructions, such as source code and configuration files, that cause such products to infringe the ’344 Patent. For example, the instructions such as source code and configuration

files of Five9's Automated Messaging perform scheduled message delivery that infringe the '344 Patent.

41. In the alternative, on information and belief, since at least the above-mentioned date when Defendant was on notice of its infringement, Defendant has contributorily infringed, under 35 U.S.C. § 271(c), one or more claims of the '344 Patent. For example, Defendant contributes to the direct infringement of such claims by distributors, customers, subsidiaries, importers, and/or consumers that use, import, purchase, or sell the '344 Accused Products. To the extent that the '344 Accused Products do not directly infringe one or more claims of the '344 Patent, such products contain instructions, such as source code, that are especially adapted to cause the '344 Accused Products to operate in an infringing manner. Such instructions are specifically designed to cause the '344 Accused Products to perform in an infringing manner and are a material part of the invention of the '344 Patent and are not a staple article of commerce suitable for substantial non-infringing use. For example, Five9's Automated Messaging implements a custom message delivery mechanism, functionality that is not generic and is especially made and specifically adapted to perform scheduled message delivery that infringes the '344 Patent. Further, the scheduled message delivery in Five9's Automated Messaging is a core functionality that inherently infringes the '344 Patent and lacks any substantial non-infringing use.

42. On information and belief, despite having knowledge of the '344 Patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '344 Patent, Defendant has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Defendant's infringing activities relative to the '344 Patent have been, and continue to be, willful, wanton, malicious, in bad-faith, deliberate, consciously wrongful, flagrant, and an egregious case of misconduct beyond typical infringement such that Plaintiff is

entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

43. Plaintiff has been damaged as a result of Defendant's infringing conduct described in this Count. Defendant is, thus, liable to Plaintiff in an amount that adequately compensates Plaintiff for Defendant's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**COUNT II**
**(Infringement of U.S. Patent No. 8,953,773)**

44. Plaintiff incorporates the preceding paragraphs herein by reference.

45. This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

46. Plaintiff is the assignee of the '773 Patent, with ownership of all substantial rights in the '773 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

47. The '773 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code after a full and fair examination.

48. Defendant has and continues to directly and/or indirectly infringe (by inducing infringement and/or contributing to infringement) one or more claims of the '773 Patent in this judicial district and elsewhere in Texas and the United States.

49. Defendant designs, offers for sale, uses, and sells services and products, such as Five9's contact center platform, including its Engagement Workflow functionality ("the '773 Accused Products"), that infringe the '773 Patent.

50. Defendant directly infringes the '773 Patent under 35 U.S.C. § 271(a) by using, making, offering for sale, selling, and/or importing the '773 Accused Products, their components

and processes, and/or products containing the same that incorporate the fundamental technologies covered by the ’773 Patent.

51. For example, Defendant infringes claim 1 of the ’773 Patent via the ’773 Accused Products. Defendant, via the ’773 Accused Products, performs a method using Five9’s Engagement Workflow. For example, Five9’s Engagement Workflow performs a method for analyzing and assigning work items representing contacts received at a contact center using work assignment information and IVR resources.

> **What is It?**
>
> Five9 Engagement Workflow is the Five9 tool to create and execute a cohesive customer engagement strategy across self-service, agent engagement, and agent workflow on the Five9 Intelligent Cloud Contact Center. Tools to interpret unstructured data (such as an email), customer data (from CRM), and context (from self-service) let you understand customer intent and deliver service tailored to customers’ needs. Five9 Engagement Workflow makes it simple to collect and leverage customer data and interaction context. Self-service applications can increase customer resolution, and when assistance is needed, connect customers to agents with the right skills to help.

Source: https://www.five9.com/sites/default/files/Five9/upload/9/971/97151/easset_upload_file34686_97151_e.pdf.




Source: https://www.five9.com/sites/default/files/Five9/upload/9/971/97151/easset_upload_file34686_97151_e.pdf.

52. The ’773 Accused Products analyze “via a work assignment engine, a work item for work assignment information, wherein the work item represents a contact received at a contact center.” For example, Five9’s Engagement Workflow analyzes a work item, such as an incoming voice call, email, or other customer interaction, for work assignment information used to route the interaction. Five9’s Engagement Workflow intelligently routes interactions based on information including channel, customer need, and agent skill.




Source: https://www.five9.com/sites/default/files/Five9/upload/9/971/97151/easset_upload_file34686_97151_e.pdf (emphasis added).




Source: https://www.five9.com/sites/default/files/Five9/upload/9/971/97151/easset_upload_file34686_97151_e.pdf.

**Route Customer Interactions to the Right Resource – Anywhere in the World**

Five9 Omnichannel gives your service and sales organizations the ability to interact with customers across all channels from a single environment. Agents no longer have to switch between applications or ask customers to repeat themselves to solve their issue. Five9 Engagement Workflow uses intelligent workflow capabilities to deliver customers to the right agents based on their intent – the first time. Once engaged with customers, empower your agents to deliver personalized experiences each and every time with essential information.

Source: https://www.five9.com/sites/default/files/Five9/upload/9/971/97151/easset_upload_file34686_97151_e.pdf.

**Leverage AI, Customer Data, And More To Improve The Customer Journey**

Tools to interpret unstructured data (such as an email), customer data (from CRM), context (from self-service), and the ability to leverage AI let you understand customer intent and deliver service tailored to customers' needs. Five9 Engagement Workflow allows you to collect and leverage customer data and interaction context within an easy-to-use customer engagement strategy. Self-service applications like our contact center or call center workflow platform can increase customer resolution and, when assistance is needed, utilize agent engagement to connect customers to agents with the right skills to help.

Source: https://www.five9.com/products/capabilities/engagement-workflow (emphasis added).

53. The '773 Accused Products determine "via the work assignment engine, whether the work assignment information includes customer information for assigning the work item to a resource of the contact center other than an interactive voice response (IVR) resource." For example, Five9's Engagement Workflow determines whether information associated with a customer interaction includes customer information for assigning the interaction to a non-IVR

resource, such as an agent. Five9's Engagement Workflow intelligently routes customer interactions to agents and automatically sends customer email replies to the agent profile associated with the skill in the original interaction.

> **Five9 Engagement Workflow**
>
> Product: Digital Engagement | Last Updated: Aug 25, 2026 | 1 minute read |
>
> Digital Engagement Administrator Documentation
>
> Five9 Engagement Workflow enables you to provide more guidance and detail to your digital engagement channel routing solutions. Much of Five9 Engagement Workflow resides within IVR functionality. For additional information on routing solutions and Engagement Workflow IVR script templates, refer to the Interactive Voice Response (IVR) Administrator's Guide.
>
> By default, such things as sending customer email replies to the agent profile associated with the skill in the original interaction, are automatic and require no additional configuration.

Source: https://documentation.five9.com/bundle/digital-engagement/page/digital-engagement/engagement-workflow/_ch-engagement-workflow.htm (emphasis added).

> **Manage Your Customer Experience From A Single Environment**
>
> **Build Powerful Self-Service Solutions**
>
> It's easy to build self-service applications with Five9 Engagement Workflow.
>
> **Route Customer Interactions to the Right Resource – Anywhere in the World**
>
> Five9 Omnichannel gives your service and sales organizations the ability to interact with customers across all channels from a single environment.
>
> **Omnichannel**
>
> Engagement Workflow delivers interactions to your agents, regardless of the customer communication channel, along with a "screen pop" that provides them with a complete picture of each problem before they engage customers.

Source: https://www.five9.com/products/capabilities/engagement-workflow (emphasis added).



Source: https://www.five9.com/sites/default/files/Five9/upload/9/971/97151/easset_upload_file34686_97151_e.pdf.

54. The ’773 Accused Products determine “via the work assignment engine, a first IVR resource of a plurality of IVR resources that is capable of obtaining a first portion of the customer information when the work assignment information does not include the customer information.” For example, Five9’s Engagement Workflow determines an IVR resource, such as an IVA or third-party IVR, that is capable of obtaining customer information when the work assignment information does not include the customer information. Five9’s Engagement Workflow calls IVAs or third-party IVRs to collect data about the customer and the reason the customer is contacting the contact center.



# Engagement Workflow IVR Call Flow

Product: IVA Studio | Last Updated: Aug 21, 2026 | 5 minute read |

IVA Studio Administrator Documentation

Calls begin in Engagement Workflow and pass to IVA Studio. When the IVA Studio Call Flow is complete, the call returns to Engagement Workflow, typically with instructions for what to do next.

Download the Engagement Workflow Template.

The Engagement Workflow template is as follows.

- The first module, a variable module, houses data to send to IVA Studio.
- The second module, a third party transfer module, transfers the call to IVA Studio.
- The third module, a variable module, houses data received from IVA Studio.
- The fourth module, a case module, directs the call flow according to instructions received from IVA Studio.

Source: https://documentation.five9.com/bundle/studio-combo/page/studio-discover/CFT_StudioBehEngageWorkflow/ivr-callflow.htm (emphasis added).

**Leverage Artificial Intelligence**

Engagement Workflow makes the usage of AI technology a snap. Interactive virtual agents (IVAs) or third party IVRs can be called by Engagement Workflow to pass and collect data about the customer and the reason they are contacting you.

Source: https://www.five9.com/sites/default/files/Five9/upload/9/971/97151/easset_upload_file34686_97151_e.pdf.

**What Are Intelligent Virtual Agents?**

Intelligent virtual agents (IVAs) are automated, self-service applications that you can offer to your customers. They offer capabilities that are similar to human service and support agents – they just never rest or take a vacation – and they're substantially cheaper.

Source: https://www.five9.com/sites/default/files/2022-08/easset_upload_file-en-ca.pdf.

**With NLP you'll be able to do:**

**Intent Matching:** This enables your virtual agent to determine what your customer wants. Intents are created for anything a customer might request. For each intent you simply provide a set of examples for how the customer might make the request. For example, "I want to make an appointment" or "I want to cancel an appointment." The virtual agent then matches user requests against intents that it knows how to resolve ("Book Appointment" or "Cancel Appointment"). As customers use your virtual agents, you can incorporate what they've said into training examples that help them get smarter over time.

**Entity Extraction:** This helps you extract important information from what is said to your virtual agent so that you are able to act on it. This information can include system entities like dates, times, place names, amounts, developer defined entities or temporal user entities.

**Dialog Control:** This allows you to control the flow of the conversational experience between the customer and the virtual agent so that you can optimize the dialog to quickly and accurately collect the information needed to respond to their request.

Source: https://www.five9.com/sites/default/files/2022-08/easset_upload_file-en-ca.pdf.

55. The ’773 Accused Products assign “via the work assignment engine, the work item to the first IVR resource when it is determined that the work assignment information does not include the customer information.” For example, when information associated with an incoming call does not include customer information needed to assign the call, Five9’s Engagement Workflow assigns the call to an IVR resource, such as an IVA, capable of obtaining the missing customer information.

**What Are Intelligent Virtual Agents?**

Intelligent virtual agents (IVAs) are automated, self-service applications that you can offer to your customers. They offer capabilities that are similar to human service and support agents – they just never rest or take a vacation – and they're substantially cheaper.

Source: https://www.five9.com/sites/default/files/2022-08/easset_upload_file-en-ca.pdf.

**How Does it Work?**

Using our code-free, visual builder, you can drag and drop components to create your IVA, or customize one of the prebuilt IVA templates. Then, configure the Five9 Transfer Module to pass incoming calls and caller data to a virtual agent.

The virtual agent can then offer a wide variety of self-service capabilities, using speech recognition and text-to-speech in hundreds of languages and a wide variety of voices. What's even more powerful is that, as described in the next section, your virtual agents will be able to respond to open ended prompts like "How can I help you today?" using natural language processing. This makes the user experience more conversational while enabling you to automate tasks that were previously too cumbersome to be handled using speech recognition.

Source: https://www.five9.com/sites/default/files/2022-08/easset_upload_file-en-ca.pdf.

**Natural Language Call Steering**

This is an inbound task that uses the caller's spoken phrase to determine a transfer destination. The task welcomes the caller and starts with the prompt "How can I help you today?" It provides a standard call steering data store for caller utterance and steering destination reports.

Source: https://www.five9.com/sites/default/files/2022-08/easset_upload_file-en-ca.pdf.

56. The first IVR resource of the ’773 Accused Products is further “configured to execute a first IVR function configured to obtain the first portion of the customer information.” For example, the IVA used with Five9’s Engagement Workflow is configured to execute an IVR function that obtains customer information, such as the customer's needs or reason for contacting the contact center.

**With NLP you'll be able to do:**

Intent Matching: This enables your virtual agent to determine what your customer wants. Intents are created for anything a customer might request. For each intent you simply provide a set of examples for how the customer might make the request. For example, "I want to make an appointment" or "I want to cancel an appointment." The virtual agent then matches user requests against intents that it knows how to resolve ("Book Appointment" or "Cancel Appointment"). As customers use your virtual agents, you can incorporate what they've said into training examples that help them get smarter over time.

Entity Extraction: This helps you extract important information from what is said to your virtual agent so that you are able to act on it. This information can include system entities like dates, times, place names, amounts, developer defined entities or temporal user entities.

Dialog Control: This allows you to control the flow of the conversational experience between the customer and the virtual agent so that you can optimize the dialog to quickly and accurately collect the information needed to respond to their request.

Source: https://www.five9.com/sites/default/files/2022-08/easset_upload_file-en-ca.pdf.



**Natural Language Call Steering**

This is an inbound task that uses the caller's spoken phrase to determine a transfer destination. The task welcomes the caller and starts with the prompt "How can I help you today?" It provides a standard call steering data store for caller utterance and steering destination reports.

Source: https://www.five9.com/sites/default/files/2022-08/easset_upload_file-en-ca.pdf.

57. The first IVR resource of the ’773 Accused Products further “represents an individual IVR function that is separate and apart from an IVR unit and other IVR functions.” For example, the IVA used with Five9’s Engagement Workflow executes individual IVR functions, such as Intent Matching, Entity Extraction, Dialog Control, and Natural Language Call Steering, that are separate and apart from the IVA and other IVR functions. Five9 separately identifies and configures such functionality as individual functions or tasks within its IVA functionality.



# Engagement Workflow IVR Call Flow

Product: IVA Studio | Last Updated: Aug 21, 2026 | 5 minute read |

IVA Studio Administrator Documentation

Calls begin in Engagement Workflow and pass to IVA Studio. When the IVA Studio Call Flow is complete, the call returns to Engagement Workflow, typically with instructions for what to do next.

Download the Engagement Workflow Template.

The Engagement Workflow template is as follows.

- The first module, a variable module, houses data to send to IVA Studio.
- The second module, a third party transfer module, transfers the call to IVA Studio.
- The third module, a variable module, houses data received from IVA Studio.
- The fourth module, a case module, directs the call flow according to instructions received from IVA Studio.

Source: https://documentation.five9.com/bundle/studio-combo/page/studio-discover/CFT_StudioBehEngageWorkflow/ivr-callflow.htm (emphasis added).

**With NLP you'll be able to do:**

**Intent Matching:** This enables your virtual agent to determine what your customer wants. Intents are created for anything a customer might request. For each intent you simply provide a set of examples for how the customer might make the request. For example, "I want to make an appointment" or "I want to cancel an appointment." The virtual agent then matches user requests against intents that it knows how to resolve ("Book Appointment" or "Cancel Appointment"). As customers use your virtual agents, you can incorporate what they've said into training examples that help them get smarter over time.

**Entity Extraction:** This helps you extract important information from what is said to your virtual agent so that you are able to act on it. This information can include system entities like dates, times, place names, amounts, developer defined entities or temporal user entities.

**Dialog Control:** This allows you to control the flow of the conversational experience between the customer and the virtual agent so that you can optimize the dialog to quickly and accurately collect the information needed to respond to their request.

Source: https://www.five9.com/sites/default/files/2022-08/easset_upload_file-en-ca.pdf.

**Natural Language Call Steering**

This is an inbound task that uses the caller's spoken phrase to determine a transfer destination. The task welcomes the caller and starts with the prompt "How can I help you today?" It provides a standard call steering data store for caller utterance and steering destination reports.

Source: https://www.five9.com/sites/default/files/2022-08/easset_upload_file-en-ca.pdf.

58. The first IVR resource of the '773 Accused Products is further "configured to automatically return the work item to the work assignment engine after executing the first IVR function." For example, after the IVA Studio Call Flow executes the IVR function, Five9 automatically returns the call to Engagement Workflow for further processing and routing.

# Engagement Workflow IVR Call Flow

Product: IVA Studio | Last Updated: Aug 21, 2026 | 5 minute read |

IVA Studio | Administrator | Documentation

Calls begin in Engagement Workflow and pass to IVA Studio. When the IVA Studio Call Flow is complete, the call returns to Engagement Workflow, typically with instructions for what to do next.

Download the Engagement Workflow Template.

The Engagement Workflow template is as follows.

- The first module, a variable module, houses data to send to IVA Studio.
- The second module, a third party transfer module, transfers the call to IVA Studio.
- The third module, a variable module, houses data received from IVA Studio.
- The fourth module, a case module, directs the call flow according to instructions received from IVA Studio.

Source: https://documentation.five9.com/bundle/studio-combo/page/studio-discover/CFT_StudioBehEngageWorkflow/ivr-callflow.htm (emphasis added).

59. The technology discussion above and the exemplary ’773 Accused Products provide context for Plaintiff’s infringement allegations.

60. At a minimum, Defendant has known of the ’773 Patent at least as early as the filing date of the Complaint. In addition, Defendant has known about the ’773 Patent since at least July 25, 2025, when Defendant received Plaintiff’s correspondence via FedEx alerting Defendant to its infringement. Moreover, Defendant has known of the ’773 Patent and Plaintiff’s theories of infringement prior to this Complaint being filed, as described in the foregoing. *Supra* ¶¶ 18-19.

61. On information and belief, since at least the above-mentioned date when Defendant was on notice of its infringement, Defendant has actively induced, under 35 U.S.C. § 271(b), its distributors, customers, subsidiaries, importers, and/or consumers that import, purchase, or sell the ’773 Accused Products that include or are made using all of the limitations of one or more claims

of the ’773 Patent to directly infringe one or more claims of the ’773 Patent (e.g., claim 1, as discussed above) by using, offering for sale, selling, and/or importing the ’773 Accused Products. Since at least the notice provided on the above-mentioned date, Defendant does so with knowledge, or with willful blindness of the fact, that the induced acts constitute infringement of the ’773 Patent. Defendant intends to cause, and has taken affirmative steps to induce infringement by its distributors, importers, customers, subsidiaries, and/or consumers by at least, inter alia, creating advertisements that promote the infringing use of the ’773 Accused Products, creating and/or maintaining established distribution channels for the ’773 Accused Products into and within the United States, manufacturing the ’773 Accused Products in conformity with U.S. laws and regulations, distributing or making available instructions or manuals for these products to purchasers and prospective buyers, and testing the ’773 Accused Products, and/or providing technical support or services for these products to these purchasers in the United States. *See, e.g.*, https://partners.five9.com/s/login/ (Five9’s “Training”); https://www.five9.com/contact-center-services/training (Demo of Five9’s “University Training Programs”); https://community.five9.com/s/ (Five9’s “Online Support”); https://www.five9.com/sites/default/files/2022-08/easset_upload_file-en-ca.pdf (Five9’s “Intelligent Virtual Agent Solution Guide”). For example, Defendant configures, designs, offers to sell, and sells the ’773 Accused Products and such ’773 Accused Products contain specific instructions, such as source code and configuration files, that cause such products to infringe the ‘773 Patent. For example, the instructions such as source code and configuration files of Five9’s Engagement Workflow perform the claimed method, including analyzing work items for assignment information, assigning work items to IVR resources to obtain customer information, and returning the work items to Engagement Workflow for further routing.

62. In the alternative, on information and belief, since at least the above-mentioned date when Defendant was on notice of its infringement, Defendant has contributorily infringed, under 35 U.S.C. § 271(c), one or more claims of the ’773 Patent. For example, Defendant contributes to the direct infringement of such claims by distributors, customers, subsidiaries, importers, and/or consumers that use, import, purchase, or sell the ’773 Accused Products. To the extent that the ’773 Accused Products do not directly infringe one or more claims of the ’773 Patent, such products contain instructions, such as source code, that are especially adapted to cause the ’773 Accused Products to operate in an infringing manner. Such instructions are specifically designed to cause the ’773 Accused Products to perform in an infringing manner and are a material part of the invention of the ’773 Patent and are not a staple article of commerce suitable for substantial non-infringing use. For example, Five9’s Engagement Workflow includes work-assignment and IVR functionality that is not generic and is especially made and specifically adapted to cause Five9’s Engagement Workflow to perform the claimed method, thereby infringing the ’773 Patent. Further, the work-assignment and IVR functionality in Five9’s Engagement Workflow is a core functionality that inherently infringes the ’773 Patent and lacks any substantial non-infringing use.

63. On information and belief, despite having knowledge of the ’773 Patent and knowledge that it is directly and/or indirectly infringing one or more claims of the ’773 Patent, Defendant has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Defendant’s infringing activities relative to the ’773 Patent have been, and continue to be, willful, wanton, malicious, in bad-faith, deliberate, consciously wrongful, flagrant, and an egregious case of misconduct beyond typical infringement such that Plaintiff is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

64. Plaintiff has been damaged as a result of Defendant's infringing conduct described in this Count. Defendant is, thus, liable to Plaintiff in an amount that adequately compensates Plaintiff for Defendant's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT III
## (Infringement of U.S. Patent No. 9,679,567)

65. Plaintiff incorporates the preceding paragraphs herein by reference.

66. This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

67. Plaintiff is the assignee of the '567 Patent, with ownership of all substantial rights in the '567 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

68. The '567 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code after a full and fair examination.

69. Defendant has and continues to directly and/or indirectly infringe (by inducing infringement and/or contributing to infringement) one or more claims of the '567 Patent in this judicial district and elsewhere in Texas and the United States.

70. Defendant designs, offers for sale, uses, and sells services and products, such as Five9's contact center platform, including its Interaction Analytics functionality ("the '567 Accused Products"), that infringe the '567 Patent.

71. Defendant directly infringes the '567 Patent under 35 U.S.C. § 271(a) by using, making, offering for sale, selling, and/or importing the '567 Accused Products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the '567 Patent.

72. For example, Defendant infringes claim 1 of the ’567 Patent via the ’567 Accused Products. Defendant, via the ’567 Accused Products, performs a method using Five9’s Interaction Analytics. For example, Five9’s Interaction Analytics performs a method for receiving, recording, analyzing, and displaying information associated with recorded voice interactions.

# Five9 Interaction Analytics

Identify, analyze, and share customer insights to drive organizational change.

Customers give you valuable information every day. Competitive intelligence, marketing campaign performance, or product launch feedback often hides in your contact center. If you can’t identify, access, and share this data, your organization loses an opportunity to better serve your customers.

Unearth siloed data to create more consistent, positive customer experiences. Five9 Interaction Analytics can help you get the most from your data. As a key component of the Five9 Workforce Optimization suite, Five9 Interaction Analytics indexes and transcribes all captured voice, email, and chat interactions.

**Insights from Every Captured Interaction**

Valuable data exists within every customer interaction. Simple transcripts aren’t enough. Five9 Interaction Analytics harnesses large vocabulary continuous speech recognition (LVCSR) technology to go beyond basic transcriptions. Using LVCSR speech-to-text processing, voice conversations undergo content, emotional, and acoustic analysis. And interactions that occurred across multiple channels — such as an email that escalated to a live call with an agent — are automatically tracked as one continuous interaction. Similarly, interactions that include multiple languages — such as Spanish and English — are also transcribed and tracked as a single conversation.

**Benefits**

- Utilize data to better understand your customers
- Get to the source of business problems
- Create consistent customer experiences
- Identify and replicate successful agent behaviors

**Features**

- Call transcription with conversational and emotional analysis
- Tracking of multiple languages and multiple channels within a single interaction
- Trend and root-cause analysis and statistical comparisons
- Automated quality management

Source: https://www.five9.com/sites/default/files/2023-09/Data_ Sheet_ %20Five9_Interaction_ Analytics.PDF.

## Interaction Analytics

Interaction Analytics (IA) analyzes captured customer interactions to identify the root cause when process breakdowns occur and discover unknown trends in conversations. IA automatically scores conversations to pinpoint areas of improvement. IA results in lower costs, enhanced agent performance, and a better experience for customers. IA requires a license from Five9, and access depends on your permission set.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf




Source: https://www.five9.com/resources/thank-you?thanks=&nid=3921&demo_thanks=.

73. The ’567 Accused Products receive “by a microprocessor, one of an audio or video stream.” For example, a processor of Five9’s Interaction Analytics receives audio from a voice interaction for recording and analysis.



Source: https://documentation.five9.com/bundle/wem-sup-eval/page /wfo/navigation/_supe-eval/_ch-interface.htm

**Insights from Every Captured Interaction**

Valuable data exists within every customer interaction. Simple transcripts aren't enough. Five9 Interaction Analytics harnesses large vocabulary continuous speech recognition (LVCSR) technology to go beyond basic transcriptions. Using LVCSR speech-to-text processing, voice conversations undergo content, emotional, and acoustic analysis. And interactions that occurred across multiple channels — such as an email that escalated to a live call with an agent — are automatically tracked as one continuous interaction. Similarly, interactions that include multiple languages — such as Spanish and English — are also transcribed and tracked as a single conversation.

Source: https://www.five9.com/sites/default/files/2023-09/Data_ Sheet_ %20Five9_Interaction_ Analytics.PDF (emphasis added).

74. The '567 Accused Products record "by the microprocessor, the one of the audio or video stream." For example, a processor of Five9's Interaction Analytics records the audio received from the voice interaction for subsequent analysis.




Source: https://documentation.five9.com/bundle/wem-sup-eval/page /wfo/navigation/_supe-eval/_ch-interface.htm

**Insights from Every Captured Interaction**

Valuable data exists within every customer interaction. Simple transcripts aren't enough. Five9 Interaction Analytics harnesses large vocabulary continuous speech recognition (LVCSR) technology to go beyond basic transcriptions. Using LVCSR speech-to-text processing, voice conversations undergo content, emotional, and acoustic analysis. And interactions that occurred across multiple channels — such as an email that escalated to a live call with an agent — are automatically tracked as one continuous interaction. Similarly, interactions that include multiple languages — such as Spanish and English — are also transcribed and tracked as a single conversation.

Source: https://www.five9.com/sites/default/files/2023-09/Data_ Sheet_ %20Five9_Interaction_ Analytics.PDF (emphasis added).

75. The '567 Accused Products identify "by the microprocessor, occurrences of selected words and/or phrases in the one of the recorded the audio or video stream." For example, a processor of Five9's Interaction Analytics analyzes the recorded audio stream and identifies occurrences of selected words and/or phrases used in the recorded voice interaction.

**Types of Charts**

# Mostly used words

The **Mostly used words** chart includes the words used in the calls recorded within the determined period using the voice channel (customer, agent, all voice channels) filter. You can view a detailed word analysis result in single, double, and triple word groups.




Select a word or group of words on the chart to display an analysis of those words.



Source: https://documentation.five9.com/bundle/wem-admin/page/wfo/interaction-analytics/dashboard/type-of-charts.htm (emphasis added).

76. The ’567 Accused Products generate and send “by the microprocessor, a word cloud for display to a user based on at least some of the selected words and/or phrases in the one of the recorded audio or video stream, the word cloud indicating relative frequencies of use of each of the selected words and/or phrases in the one of the recorded audio or video stream.” For example, a processor of Five9’s Interaction Analytics generates and sends for display a word cloud based on words and/or phrases identified in recorded voice interactions. Five9’s word cloud output displays “frequent words or phrases,” with the relative prominence of the displayed words or phrases indicating their relative frequencies of use.

## Interaction Analytics

Interaction Analytics (IA) analyzes captured customer interactions to identify the root cause when process breakdowns occur and discover unknown trends in conversations. IA automatically scores conversations to pinpoint areas of improvement. IA results in lower costs, enhanced agent performance, and a better experience for customers. IA requires a license from Five9, and access depends on your permission set.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf

## Dashboard

The **Dashboard** displays several types of reports and charts in one place for easy reference. The comprehensive reporting generates daily, weekly, and monthly reports you can email to the necessary departments.

The dashboard charts display the selected parameters. The dashboard also includes the number of calls based on group, topic, and day, the words most frequently used within the date range, the daily, weekly, and monthly changes of queries created, and the daily distribution of non-FCR calls.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf




Source: https://www.five9.com/sites/default/files/2023-09/Data_ Sheet_ %20Five9_Interaction_ Analytics.PDF (emphasis added).




Source: https://documentation.five9.com/bundle/wem-admin/page/wfo/interaction-analytics/dashboard/type-of-charts.htm (emphasis added).

Difference analysis results include the following two types of information and the results are listed in a total of five panes. Of these panes, four belong to word analysis and one belongs to acoustic parameter analysis.

- **First panel: Filter – 1** – Includes the words and groups of words most frequently used in the calls meeting the criteria selected in the Filter – 1 field.
- **Second panel: Filter – 2** – Includes the words and groups of words most frequently used in the calls meeting the criteria selected in the Filter – 2 field.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).

## Scheduled

In **Scheduled reports**, create information about group- and topic-based call counts, trend and word analysis results, and call counts to be sent as an email, arranged, and deleted.



The following reports are available from the **Schedule new report** dropdown.

| | |
|---|---|
| Query based | Statistics comparison |
| Group based | Statics |
| Topic based | Mostly used words |

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).

**Track What You Need to Know**

Stay on top of actionable information that can help the broader organization. Use topic distribution to track top-of-mind data such as interactions that mention a competitor.

Harness powerful query capabilities to perform targeted analysis to go further into your data. Isolate interactions based on key business issues by building queries using combinations of metadata including:

- Agent
- Skill
- Duration
- Topic
- Word/phrase
- First contact resolution
- Acoustic parameters and emotion

For trends or topics that you didn't expect, Five9 Interaction Analytics also shows you what your customers are saying. Leverage word cloud output to see frequent words or phrases, helping you to identify and act on unanticipated trends.

Source: https://www.five9.com/sites/default/files/2023-09/Data_ Sheet_ %20Five9_Interaction_ Analytics.PDF (emphasis added).

77. The ’567 Accused Products link “by the microprocessor, the words and/or phrases in the word cloud to timestamps and/or corresponding locations of each of the words and/or phrases in the one of the recorded audio or video stream.” For example, a processor of Five9’s Interaction Analytics links words and/or phrases displayed in the word cloud to corresponding time points and/or locations of those words and/or phrases in recorded voice interactions. Five9’s Player Panel shows information about time points of keywords and, when a word is selected, moves the transcription to the selected word. Five9 also identifies the exact seconds when a word was used in a call and, when the word is selected, the player jumps to the exact seconds when the word was used in the call.

Types of Charts

# Mostly used words

The **Mostly used words** chart includes the words used in the calls recorded within the determined period using the voice channel (customer, agent, all voice channels) filter. You can view a detailed word analysis result in single, double, and triple word groups.




Select a word or group of words on the chart to display an analysis of those words.



Source: https://documentation.five9.com/bundle/wem-admin/page/wfo/interaction-analytics/dashboard/type-of-charts.htm (emphasis added).

## Player Panel

The **Player Panel** waveform contains the audio file of the call and includes the agents speech in the lower channel and the customer's speech in the upper channel.




- **Query** — Shows information about time points of keywords typed into Quick Search or in the selected query on the upper panel. When you select a word, the player moves your transcription to the word before your selection.
- **Topics** — Shows information about words used in the call which makes the system decided to assign to the related topic. When a word is selected, the player jumps to the exact seconds when the word was used in the call.
- **Statistics** — Shows information about who used the keyword and how many times.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).

**Verification**

In the **Verification** menu, words or word groups used in the calls within the selected date range are checked to determine whether they have been transcribed correctly. You can use verification to make a query more accurate or listen to tracked words simultaneously.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).

**Search**

The Call Search module is a module which allows for the calls to be listed with filters. You can perform a search by entering a word, a word group, a Call ID, the number calling and the dialed number into the **Quick Search** text box.

All the searches are made through the desired channel by selecting one or both of the customer and agent conversations.

After determining your search criteria, select **Find Calls**. A list of calls with your search criteria displays.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).

**Track What You Need to Know**

Stay on top of actionable information that can help the broader organization. Use topic distribution to track top-of-mind data such as interactions that mention a competitor.

Harness powerful query capabilities to perform targeted analysis to go further into your data. Isolate interactions based on key business issues by building queries using combinations of metadata including:

- Agent
- Skill
- Duration
- Topic
- Word/phrase
- First contact resolution
- Acoustic parameters and emotion

For trends or topics that you didn't expect, Five9 Interaction Analytics also shows you what your customers are saying. Leverage word cloud output to see frequent words or phrases, helping you to identify and act on unanticipated trends.

Source: https://www.five9.com/sites/default/files/2023-09/Data_ Sheet_ %20Five9_Interaction_ Analytics.PDF (emphasis added).




Source: https://documentation-be.five9.com/bundle/wem-sup-eval/page/wfo/interaction-analytics/search/_images/play-panel.png?_LANG=enus (emphasis added).

78. The ’567 Accused Products receive “by the microprocessor, a user selection of a word and/or phrase in the word cloud.” For example, a processor of Five9’s Interaction Analytics receives a user’s selection of a word and/or phrase displayed in the “Mostly used words” chart when the user selects the word or group of words on the chart to display an analysis of the selected word or group of words.

## Search

The Call Search module is a module which allows for the calls to be listed with filters. You can perform a search by entering a word, a word group, a Call ID, the number calling and the dialed number into the **Quick Search** text box.

All the searches are made through the desired channel by selecting one or both of the customer and agent conversations.

After determining your search criteria, select **Find Calls**. A list of calls with your search criteria displays.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).

**Types of Charts**

# Mostly used words

The **Mostly used words** chart includes the words used in the calls recorded within the determined period using the voice channel (customer, agent, all voice channels) filter. You can view a detailed word analysis result in single, double, and triple word groups.




Select a word or group of words on the chart to display an analysis of those words.



Source: https://documentation.five9.com/bundle/wem-admin/page/wfo/interaction-analytics/dashboard/type-of-charts.htm (emphasis added).

**Track What You Need to Know**

Stay on top of actionable information that can help the broader organization. Use topic distribution to track top-of-mind data such as interactions that mention a competitor.

Harness powerful query capabilities to perform targeted analysis to go further into your data. Isolate interactions based on key business issues by building queries using combinations of metadata including:

- Agent
- Skill
- Duration
- Topic
- Word/phrase
- First contact resolution
- Acoustic parameters and emotion

For trends or topics that you didn't expect, Five9 Interaction Analytics also shows you what your customers are saying. Leverage word cloud output to see frequent words or phrases, helping you to identify and act on unanticipated trends.

Source: https://www.five9.com/sites/default/files/2023-09/Data_ Sheet_ %20Five9_Interaction_ Analytics.PDF (emphasis added).

79. The '567 Accused Products send "for display, by the microprocessor, a list of times and/or locations in the one of the recorded audio or video stream associated with the user selected word and/or phrase, each time and/or location being displayed with a portion of the corresponding text containing the user selected word and/or phrase." For example, in response to a user's selection of a word and/or phrase, a processor of Five9's Interaction Analytics sends for display locations in recorded voice interactions associated with the selected word and/or phrase and corresponding transcript text containing the selected word and/or phrase. Five9 identifies time points of keywords in the recorded calls and displays corresponding transcription text associated with those locations.

## Search

The Call Search module is a module which allows for the calls to be listed with filters. You can perform a search by entering a word, a word group, a Call ID, the number calling and the dialed number into the **Quick Search** text box.

All the searches are made through the desired channel by selecting one or both of the customer and agent conversations.

After determining your search criteria, select **Find Calls**. A list of calls with your search criteria displays.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).

## Player Panel

The **Player Panel** waveform contains the audio file of the call and includes the agents speech in the lower channel and the customer's speech in the upper channel.



- **Query** — Shows information about time points of keywords typed into Quick Search or in the selected query on the upper panel. When you select a word, the player moves your transcription to the word before your selection.
- **Topics** — Shows information about words used in the call which makes the system decided to assign to the related topic. When a word is selected, the player jumps to the exact seconds when the word was used in the call.
- **Statistics** — Shows information about who used the keyword and how many times.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).




Source: https://documentation-be.five9.com/bundle/wem-sup-eval/page/wfo/interaction-analytics/search/_images/play-panel.png?_LANG=enus

- – Provides three options.
  - **Chat view** – Displays the transcription of the chat conversation between the agent and the customer. You can follow along with the audio recording.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).

80. The ’567 Accused Products receive “by the microprocessor, a user selection of a displayed time and/or location.”

## Player Panel

The **Player Panel** waveform contains the audio file of the call and includes the agents speech in the lower channel and the customer's speech in the upper channel.



- **Query** — Shows information about time points of keywords typed into Quick Search or in the selected query on the upper panel. When you select a word, the player moves your transcription to the word before your selection.
- **Topics** — Shows information about words used in the call which makes the system decided to assign to the related topic. When a word is selected, the player jumps to the exact seconds when the word was used in the call.
- **Statistics** — Shows information about who used the keyword and how many times.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).




Source: https://documentation-be.five9.com/bundle/wem-sup-eval/page/wfo/interaction-analytics/search/_images/play-panel.png?_LANG=enus

-  – Provides three options.
    - **Chat view** – Displays the transcription of the chat conversation between the agent and the customer. You can follow along with the audio recording.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).

81. The '567 Accused Products provide "by the microprocessor, a corresponding text at the user selected time and/or location." For example, a processor of Five9's Interaction

Analytics provides corresponding transcript text at the user-selected time and/or location in the recorded voice interaction. When the user selects a displayed word and/or location, Five9's Interaction Analytics moves the transcription to the selected word and/or location and provides the corresponding transcript text.

## Player Panel

The **Player Panel** waveform contains the audio file of the call and includes the agents speech in the lower channel and the customer's speech in the upper channel.



- **Query** — Shows information about time points of keywords typed into Quick Search or in the selected query on the upper panel. When you select a word, the player moves your transcription to the word before your selection.
- **Topics** — Shows information about words used in the call which makes the system decided to assign to the related topic. When a word is selected, the player jumps to the exact seconds when the word was used in the call.
- **Statistics** — Shows information about who used the keyword and how many times.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).




Source: https://documentation-be.five9.com/bundle/wem-sup-eval/page/wfo/interaction-analytics/search/_images/play-panel.png?_LANG=enus

- – Provides three options.
  - **Chat view** – Displays the transcription of the chat conversation between the agent and the customer. You can follow along with the audio recording.

Source: https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (emphasis added).

82. The technology discussion above and the exemplary ’567 Accused Products provide context for Plaintiff’s infringement allegations.

83. At a minimum, Defendant has known of the ’567 Patent at least as early as the filing date of the Complaint. In addition, Defendant has known about the ’567 Patent since at least July 25, 2025, when Defendant received Plaintiff’s correspondence via FedEx alerting Defendant to its infringement. Moreover, Defendant has known of the ’567 Patent and Plaintiff’s theories of infringement prior to this Complaint being filed, as described in the foregoing. *Supra* ¶¶ 18-19.

84. On information and belief, since at least the above-mentioned date when Defendant was on notice of its infringement, Defendant has actively induced, under 35 U.S.C. § 271(b), its distributors, customers, subsidiaries, importers, and/or consumers that import, purchase, or sell the ’567 Accused Products that include or are made using all of the limitations of one or more claims of the ’567 Patent to directly infringe one or more claims of the ’567 Patent (e.g., claim 1, as discussed above) by using, offering for sale, selling, and/or importing the ’567 Accused Products. Since at least the notice provided on the above-mentioned date, Defendant does so with knowledge, or with willful blindness of the fact, that the induced acts constitute infringement of the ’567 Patent. Defendant intends to cause, and has taken affirmative steps to induce infringement by its distributors, importers, customers, subsidiaries, and/or consumers by at least, inter alia, creating advertisements that promote the infringing use of the ’567 Accused Products, creating and/or maintaining established distribution channels for the ’567 Accused Products into and within the United States, manufacturing the ’567 Accused Products in conformity with U.S. laws and regulations, distributing or making available instructions or manuals for these products to

purchasers and prospective buyers, and testing the ’567 Accused Products, and/or providing technical support or services for these products to these purchasers in the United States. *See, e.g.*, https://partners.five9.com/s/login/ (Five9’s “Training”); https://www.five9.com/contact-center-services/training (Demo of Five9’s “University Training Programs”); https://community.five9.com/s/ (Five9’s “Online Support”); https://documentation.five9.com/bundle/wem-supe-eval-guide/resource/wem-supe-eval-guide.pdf (Five9’s “Workforce Engagement Management Supervisor's/Evaluator’s Guide”). For example, Defendant configures, designs, offers to sell, and sells the ’567 Accused Products and such ’567 Accused Products contain specific instructions, such as source code and configuration files, that cause such products to infringe the ’567 Patent. For example, the instructions such as source code and configuration files of Five9’s Interaction Analytics perform the claimed method, including receiving and recording an audio stream, identifying occurrences of selected words and/or phrases, generating and displaying a word cloud, linking words and/or phrases to locations in the recorded audio stream, and responding to user selections of words and/or phrases and corresponding locations.

85. In the alternative, on information and belief, since at least the above-mentioned date when Defendant was on notice of its infringement, Defendant has contributorily infringed, under 35 U.S.C. § 271(c), one or more claims of the ’567 Patent. For example, Defendant contributes to the direct infringement of such claims by distributors, customers, subsidiaries, importers, and/or consumers that use, import, purchase, or sell the ’567 Accused Products. To the extent that the ’567 Accused Products do not directly infringe one or more claims of the ’567 Patent, such products contain instructions, such as source code, that are especially adapted to cause the ’567 Accused Products to operate in an infringing manner. Such instructions are specifically designed

to cause the ’567 Accused Products to perform in an infringing manner and are a material part of the invention of the ’567 Patent and are not a staple article of commerce suitable for substantial non-infringing use. For example, Five9’s Interaction Analytics includes audio-recording and interaction-analysis functionality that is not generic and is especially made and specifically adapted to cause Five9’s Interaction Analytics to perform the claimed method, thereby infringing the ’567 Patent. Further, the accused interaction-analysis functionality in Five9’s Interaction Analytics is a core functionality that performs the claimed method and lacks any substantial non-infringing use.

86. On information and belief, despite having knowledge of the ’567 Patent and knowledge that it is directly and/or indirectly infringing one or more claims of the ’567 Patent, Defendant has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Defendant’s infringing activities relative to the ’567 Patent have been, and continue to be, willful, wanton, malicious, in bad-faith, deliberate, consciously wrongful, flagrant, and an egregious case of misconduct beyond typical infringement such that Plaintiff is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

87. Plaintiff has been damaged as a result of Defendant’s infringing conduct described in this Count. Defendant is, thus, liable to Plaintiff in an amount that adequately compensates Plaintiff for Defendant’s infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## CONCLUSION

88. Plaintiff is entitled to recover from Defendant the damages sustained by Plaintiff as a result of Defendant’s wrongful acts, and willful infringement, in an amount subject to proof at

trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court.

89. Plaintiff has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute may give rise to an exceptional case within the meaning of 35 U.S.C. § 285, and Plaintiff is entitled to recover its reasonable and necessary attorneys' fees, costs, and expenses.

## JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

1. A judgment that Defendant has infringed the Asserted Patents as alleged herein, directly and/or indirectly by way of inducing and contributing to the infringement of such patents;
2. A judgment for an accounting of all damages sustained by Plaintiff as a result of the acts of infringement by Defendant;
3. A judgment and order requiring Defendant to pay Plaintiff damages under 35 U.S.C. § 284, including up to treble damages as provided by 35 U.S.C. § 284, and any royalties determined to be appropriate;
4. A judgment and order requiring Defendant to pay Plaintiff pre-judgment and post-judgment interest on the damages awarded;

5. A judgment and order finding this to be an exceptional case and requiring Defendant to pay the costs of this action (including all disbursements) and attorneys' fees as provided by 35 U.S.C. § 285; and
6. Such other and further relief as the Court deems just and equitable.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Patrick J. Conroy*

Patrick J. Conroy (Lead Counsel)
Texas Bar No. 24012448
Jon Rastegar
Texas Bar No. 24064043
Nathan L. Levenson
Texas Bar No. 24097992
Brandon G. Moore
Texas Bar No. 24082372
NELSON BUMGARDNER CONROY PC
2727 N. Harwood St., Suite 250
Dallas, Texas 75201
(817) 377-9111
pat@nelbum.com
jon@nelbum.com
nathan@nelbum.com
brandon@nelbum.com

*Attorneys for Plaintiff*
*Arlington Technologies LLC*